# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1818
_____

Shawn Clarke Spottswood

*Plaintiff - Appellant*

v.

Washington County, MN; Deputy Sarah Peulen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 22, 2022
Filed: January 24, 2023
[Unpublished]

_____

Before GRASZ, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Shawn Spottswood appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude the district court properly dismissed on initial review several defendants and Spottswood's § 1983 claims against Washington County. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (reviewing de novo 28 U.S.C. § 1915(e)(2)(B) dismissal). We also conclude summary judgment was proper on his § 1983 claims against the remaining defendants. *See Wood v. Wooten*, 986 F.3d 1079, 1080 (8th Cir. 2021) (reviewing de novo grant of summary judgment). Finally, the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over Spottswood's state claims. *See* 28 U.S.C. § 1367(c)(3) (allowing district court to decline to exercise supplemental jurisdiction over claim after dismissing all original jurisdiction claims); *King v. City of Crestwood*, 899 F.3d 643, 651 (8th Cir. 2018) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Spottswood's motion for appointment of counsel, an extension of time, and for oral argument.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.